SEPTEMBER 19, 1960

No. 64581.—SUIT 5015.—United States *v.* Dodge & Olcott, Inc.——C.D. 2102 affirmed May 24, 1960. C.A.D. 737.